UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>*Plaintiff*,<br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; LAURA L. ROGERS, in her official capacity as Assistant Attorney General for the Office of Justice Programs; and OFFICE OF JUSTICE PROGRAMS,<br><br>*Defendants*. | Case No. 1:18-cv-04791<br><br>Hon. Harry D. Leinenweber |

## ORDER

This matter is before the Court on the parties' STIPULATION REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ("Stipulation"). Pursuant to that Stipulation, and for good cause shown, the Court enters the following Order:

1. For the reasons set forth in this Court's Memorandum Opinion and Order in *City of Chicago v. Sessions*, No. 1:17-cv-05720, 2018 WL 3608564 (N.D. Ill. July 27, 2018), and pursuant to Federal Rule of Civil Procedure 54(b), this Court enters a final judgment for Plaintiff on Counts II and IV of its Amended Complaint (ECF No. 22). In so doing, the Court adopts herein the legal analysis set forth in its Memorandum Opinion and Order in *City of Chicago v. Sessions* as though fully set forth herein. This Court finds that there is no just reason to delay the resolution of those claims.

2. Pursuant to Federal Rule of Civil Procedure 65, and for the reasons set forth in this Court's Memorandum Opinion and Order in *City of Chicago v. Sessions*, this Court hereby enters a

permanent injunction precluding Defendants from enforcing the Notice, Access, and Compliance conditions as to any FY 2017 Byrne JAG grant issued to the State of Illinois, including any subgrantees that receive their Byrne JAG grant through the State of Illinois, regardless of whether those conditions are included in any award documents.

3. Litigation in this case, including litigation regarding Plaintiff's remaining claims and Defendant's obligation to respond to the Amended Complaint (ECF No. 22), shall be stayed for 60 days pending the filing of a Notice of Appeal. If a party files a Notice of Appeal, then the matter shall remain stayed pending the final resolution of any appellate proceedings. If no Notice of Appeal is filed within 60 days of the date of this Order, then the parties shall file a status report within 30 days thereafter (within 90 days of the date of this Order).

4. Plaintiff's Motion for the Court to Take Judicial Notice (ECF No. 19) is hereby DENIED AS MOOT.

IT IS SO ORDERED THIS 26th DAY OF SEPTEMBER, 2018.

_____
Harry D. Leinenweber
United States District Judge

9/26/2018
Date