UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STATE OF ILLINOIS,<br><br>*Plaintiff*,<br><br>v.<br><br>MATTHEW G. WHITAKER,[1] in his official capacity as Acting Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; MATT M. DUMMERMUTH,[2] in his official capacity as Principal Deputy Assistant Attorney General for the Office of Justice Programs; and OFFICE OF JUSTICE PROGRAMS,<br><br>*Defendants*. | Case No. 1:18-cv-04791<br><br>Hon. Harry D. Leinenweber |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Seventh Circuit from the September 26, 2018 Order granting a final judgment to Plaintiff on Counts II and IV of its Amended Complaint pursuant to Federal Rule of Civil Procedure 54(b) and entering a permanent injunction pursuant to Federal Rule of Civil Procedure 65 (Dkt. No. 25).

---

[1] Matthew G. Whitaker is substituted for Jefferson Beauregard Sessions III as a Defendant herein pursuant to Federal Rule of Civil Procedure 25(d).

[2] Matt M. Dummermuth is substituted for Laura L. Rogers as a Defendant herein pursuant to Federal Rule of Civil Procedure 25(d).

DATED: November 23, 2018          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. LAUSCH, JR.
United States Attorney

JOHN R. TYLER
Assistant Branch Director

<u>/s/ Brad P. Rosenberg</u>
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: (202) 514-3374
Fax: (202) 616-8460
E-Mail: brad.rosenberg@usdoj.gov

*Counsel for Defendant*