# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 4, 2018

*By the Court:*

| No. 18-3509 | STATE OF ILLINOIS,<br>Plaintiff - Appellee<br><br>v.<br><br>MATTHEW G. WHITAKER, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-04791<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber ||

    Upon consideration of the **JOINT MOTION TO HOLD APPEAL IN ABEYANCE**, filed on November 29, 2018, by counsel for the parties,

    **IT IS ORDERED** that the motion is **GRANTED**. Proceedings in this appeal are **SUSPENDED** pending this court's resolution of *City of Chicago v. Whitaker*, No. 18-2885. The parties shall file statements of position within 30 days after this court resolves *City of Chicago v. Whitaker*.

form name: **c7_Order_BTC**(form ID: **178**)