# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

April 8, 2021

*By the Court:*

```
STATE OF ILLINOIS,              ] Appeals from the United
      Plaintiff-Appellee,       ] States District Court for
                                ] the Northern District of
Nos. 18-3509 and 20-1070   v.   ] Illinois, Eastern Division.
                                ]
MERRICK B. GARLAND, Attorney    ] Nos. 1:18-cv-04791 and
General of the United States of ]      1:19-cv-03461
America, et al.,                ]
      Defendants-Appellants.    ] Harry D. Leinenweber,
                                ]      Judge.
                                ]
```

Upon consideration of the **UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEALS**, filed on March 30, 2021, by counsel for the appellants,

**IT IS ORDERED** that these cases are **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

*CERTIFIED COPY — A True Copy, Teste: Deputy Clerk of the United States Court of Appeals for the Seventh Circuit*